# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISANA
## BATON ROUGE DIVISION

| | | |
|---|---|---|
| BRITTNEY SANDERS | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:16-cv-00233 |
| | § | |
| | § | Honorable Judge John W. deGravelles |
| | | |
| PORTFOLIO RECOVERY ASSOCIATES; | § | Article III Judge |
| and EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC. | § | Honorable Erin Wilder-Doomes |
| | § | Magistrate Judge |
| | § | |
| | § | |
| Defendants | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND ALL DEFENDANTS

Plaintiff and all Defendants stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

There are no longer any issues in this matter between Plaintiff and Defendants to be determined by this Court. The Parties hereby stipulates that all claims or causes of action against all Defendants which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with all costs and attorney fees to be paid by the party incurring same.

Date Signed this the 31st day of March, 2017.

Respectfully submitted,

/s/ Jonathan Raburn

Jonathan Raburn
LA Bar Roll No. 28728
The Raburn Law Firm, LLC
4005 Nicholson Dr. Suite 4610
Baton Rouge, LA 70808
318-918-1968 phone
318-230-7036 fax
Jonathan@geauxlaw.com
Attorney for Plaintiff

  And

*/s/* D. Michael Dendy
D. Michael Dendy (04863)
D. Michael Dendy, APLC
110 Veterans Boulevard, Suite 560
Metairie, LA  70005
Telephone:  (504) 367-2040
Facsimile:  (504) 367-9330
Email: michaeldendy@dendylaw.com

*/s/* Ethan G. Ostroff
Ethan G. Ostroff (VSB # 71610)
Admitted *Pro Hac Vice*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7541
Facsimile:  (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

Counsel for Defendant Portfolio Recovery Associates, LLC

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 31st day of March, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

/s/ Jonathan Raburn
Jonathan Raburn
LA Bar Roll No. 28728
The Raburn Law Firm, LLC
4005 Nicholson Dr. Suite 4610
Baton Rouge, LA 70808
318-918-1968 phone
318-230-7036 fax
Jonathan@geauxlaw.com
Attorney for Plaintiff