**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISANA**

BRITTNEY SANDERS

 VERSUS                                        Civil Action No. 16-233-JWD-EWD

PORTFOLIO RECOVERY ASSOCIATES;
and EXPERIAN INFORMATION
SOLUTIONS, INC.

## ORDER APPROVING
## STIPULATION TO DISMISS WITH PREJUDICE

     The Court considered the Stipulation to Dismiss, and after considering the

same, the Court finds that the Stipulation to Dismiss should be granted.

     IT IS ORDERED that all claims asserted or which could have been asserted in this

matter by Plaintiff against Defendants, are hereby dismissed with prejudice.

     IT IS FURTHER ORDERED that all costs of court and attorneys' fees are to be

taxed against the party incurring same.

     Signed in Baton Rouge, Louisiana, on <u>April 3, 2017</u>.



_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY